**Order filed, July 18, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00293-CR

_____

**PATRICK LEE CAMPBELL, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 10CR3689**

## ORDER

The reporter's record in this case was due **June 22, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jana Fowler**, the substitute court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM